UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAISER ALUMINUM WARRICK, LLC,

                    Plaintiff,

- against -

US MAGNESIUM, LLC,

                    Defendant.

---

22-cv-3105 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

As discussed at the conference held today, the plaintiff should submit a letter by July 1, 2022, advising the Court as to the state of incorporation and the principal place of business of Kaiser Aluminium Corp.

The defendant's motion to strike or to dismiss is due by July 22, 2022. The plaintiff's response is due by August 12, 2022. The defendant's reply is due by August 22, 2022. The time for the defendant to answer is deferred until after a decision on the defendant's motion.

The parties are directed to exchange initial disclosures by July 15, 2022.

**SO ORDERED.**

Dated:    New York, New York
            June 30, 2022

                                            John G. Koeltl
                                     United States District Judge