UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAISER ALUMINUM WARRICK, LLC,

                Plaintiff,        22-cv-3105 (JGK)

    - against -                ORDER

US MAGNESIUM, LLC
                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by September 3, 2022.

SO ORDERED.
Dated:    New York, New York
           August 13, 2022

                                      _____
                                          John G. Koeltl
                                    United States District Judge