UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAISER ALUMINUM WARRICK, LLC,<br><br>         Plaintiff,<br><br> - against -<br><br>US MAGNESIUM, LLC,<br><br>         Defendant. | Case No. 1:22-cv-03105-JGK |

**JOINT STATUS REPORT**

  By Order of the Court dated August 13, 2022, and entered August 15, 2022 (ECF No. 37), the Court instructed the parties to submit a Rule 26(f) Report by September 3, 2022. The parties had previously filed their Rule 26(f) Report on May 27, 2022 (ECF No. 12), the Court held an initial conference on June 30, 2022, and entered a Scheduling Order later that day (ECF No. 29). The parties are now engaged in discovery, are conferring on certain discovery and pleading issues, and have agreed to extend fact discovery an addition 60 days through October 31, 2022, as permitted by the Scheduling Order.

Dated: September 2, 2022

<table>
<tr>
<td>

*/s/ Andrew B. Kratenstein*
Andrew B. Kratenstein
Monica S. Asher
Amella Viso
Matthew J. Barnett
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, New York 10017
(212) 547-5400
*Counsel for Plaintiff*
*Kaiser Aluminum Warrick, LLC*

</td>
<td>

*/s/ Martin S. Krezalek*
Martin S. Krezalek
Blank Rome LLP
1271 Avenue of Americas
New York, NY 10020
(212) 885-5000

Richard D. Burbidge (admitted *pro hac vice*)
Burbidge | Mitchell
215 South State Street, Suite 920
Salt Lake City, UT 84109
(801) 355-6677
*Counsel for Defendant US Magnesium, LLC*

</td>
</tr>
</table>

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 2, 2022, a true and complete copy of the foregoing document was electronically filed with the Clerk of the United States District Court of the Southern District of New York, which will therefore be served electronically upon all counsel of record via this Court's CM/ECF system.

                                                */s/ Andrew B. Kratenstein*
                                                Andrew B. Kratenstein
                                                McDermott Will & Emery LLP
                                                One Vanderbilt Avenue
                                                New York, New York 10017
                                                (212) 547-5400