UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAISER ALUMINUM WARRICK, LLC,
           Plaintiff,

    - against -                  22-cv-3105 (JGK)

US MAGNESIUM LLC,              ORDER
           Defendant.

JOHN G. KOELTL, District Judge:

    As discussed at today's conference, the defendant may file a motion to dismiss by **October 21, 2022**. The plaintiff may respond by **November 10, 2022**. The defendant may reply by **November 18, 2022**.

SO ORDERED.

Dated:    New York, New York
           October 19, 2022

                                        John G. Koeltl
                                United States District Judge