IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAISER ALUMINUM WARRICK, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>US MAGNESIUM, LLC, a Delaware limited liability company,<br><br>    Defendant. | **NOTICE OF MOTION TO DISMISS**<br><br>Civil No. 1:22-CV-03105-JGK |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all other pleadings and proceedings in this case, Defendant US Magnesium, LLC ("US Mag"), by and through its counsel, Blank Rome LLP and Burbidge Mitchell, will move this Court before the Honorable John G. Koeltl, United States District Judge, at the United States Courthouse located at 500 Pearl St., New York, NY 10007, Courtroom 14A, on a date and time designated by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing portions of Plaintiff Kaiser Aluminum Warrick, LLC's ("Kaiser") April 14, 2022, Amended Complaint—specifically, Kaiser's claims for (i) incidental and consequential damages, (ii) cover damages in excess of the parties' contractual limitation on such damages, and (iii) attorneys' fees—and granting US Mag such other and further relief as the Court deems just and proper.

Dated: New York, New York
October 20, 2022

                                      BLANK ROME LLP

                                      By: */s/ Martin S. Krezalek*
                                              Martin S. Krezalek

                                      1271 Avenue of the Americas
                                      New York, New York 10020
                                      (212) 885-5000

                                      BURBIDGE | MITCHELL

                                      Richard D. Burbidge (admitted *pro hac vice*)
                                      Beau R. Burbidge (admitted *pro hac vice*)
                                      Carolyn LeDuc (admitted *pro hac vice*)
                                      Michael S. Henderson (admitted *pro hac vice*)
                                      215 South State Street, Suite 920
                                      Salt Lake City, UT 84109
                                      (801) 355-6677

                                      *Attorneys for Defendant US Magnesium, LLC*