UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

KAISER ALUMINUM WARRICK, LLC,

            Plaintiff,

   - against -

US MAGNESIUM LLC,

            Defendants.

---

22-cv-3105 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit courtesy copies of the pending fully briefed motion to dismiss.

SO ORDERED.

Dated:   New York, New York
          November 21, 2022

                                              John G. Koeltl
                                  United States District Judge