```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  KAISER ALUMINUM WARRICK, LLC,

                                          Plaintiff,         22-CV-3105 (JGK) (KHP)

              -against-                                      ORDER SCHEDULING DISCOVERY
                                                                      CONFERENCE

U.S MAGNESIUM, LLC.,

                                          Defendant.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A Discovery Conference in this matter will be held on **Tuesday, February 14, 2023 at 10:30 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York to address the parties' outstanding discovery disputes.

        **SO ORDERED.**

DATED:   New York, New York
         February 3, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge

1