```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/13/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

  KAISER ALUMINUM WARRICK, LLC,

                                Plaintiff,                            **22-CV-3105 (JGK) (KHP)**

         -against-

                                                      **ORDER RESCHEDULING**
                                                      **DISCOVERY CONFERENCE**

U.S MAGNESIUM, LLC.,

                                Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Discovery Conference in this matter scheduled for Tuesday, February 14, 2023 at 10:30 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled **Tuesday, February 14, 2023 at 10:00 a.m.**

            **SO ORDERED.**

DATED:     New York, New York
                 February 13, 2023

                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge