USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/13/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

  KAISER ALUMINUM WARRICK, LLC,

                                        Plaintiff,                          22-CV-3105 (JGK) (KHP)

            -against-                                    **ORDER CONVERTING DISCOVERY**
                                                                         **CONFERENCE TO TELEPHONIC**

U.S MAGNESIUM, LLC.,

                                        Defendant.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Discovery Conference in this matter scheduled for **Tuesday, February 14, 2023, at 10:00 a.m.** is hereby converted to a telephonic conference.  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

        **SO ORDERED.**

DATED:     New York, New York
                February 13, 2023

                                                        _____
                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge