**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

KAISER ALUMINUM WARRICK, LLC,

                                  Plaintiff,

      -against-

U.S MAGNESIUM, LLC.,

                                Defendant.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2023

**22-CV-3105 (JGK) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      As discussed in the March 29, 2023 conference, the parties shall write a joint status letter to the Court with an update on deposition schedules **by April 12, 2023**.

      **By May 31, 2023**, the parties shall write a joint status letter, including updates regarding discovery.

      **SO ORDERED.**

DATED:    New York, New York
             March 31, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge