April 12, 2023

**VIA ECF**

Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re: *Kaiser Aluminum Warrick, LLC v. US Magnesium, LLC*, Case No. 1:22-cv-3105 (JGK) (KHP)

Dear Judge Parker:

Plaintiff Kaiser Warrick Aluminum, LLC ("Kaiser") and Defendant US Magnesium, LLC ("US Mag") jointly write pursuant to the Court's March 31, 2023 Order (ECF No. 96) to provide an update regarding deposition scheduling.

The deposition of non-party Universal Plant Services ("UPS"), through its designated representative Christopher Lab, remains scheduled for May 17, 2023, in Houston, Texas.

The parties have also now scheduled the depositions of US Mag corporate representatives Ron Thayer and Cameron Tissington as well as individuals Peter Ngai and Ray Bassani in Salt Lake City, Utah on the following dates:

| Witness | Date |
| --- | --- |
| Ron Thayer | May 22 |
| Cameron Tissington | May 23 |
| Peter Ngai | May 24 |
| Ray Bassani | May 25 |

In addition to conducting these depositions, Kaiser representatives will also visit US Mag's plant on May 26. Kaiser has notified US Mag that Kaiser also currently intends to take the depositions of Martin Davis (current US Mag employee), Remington Lawrence (former US Mag employee), and Gary Taylor (non-party contractor) on a second trip to Salt Lake City to be scheduled. In addition, Kaiser currently intends to take the deposition of Cody Nielson (former US Mag employee) by video as Mr. Nielson has relocated to Abilene, Texas. US Mag is determining Mr. Nielson's availability. Kaiser reserves the right to change the witnesses it seeks to depose after conducting the UPS deposition and first tranche of US Mag depositions scheduled for the week of May 22.

The Honorable Katharine H. Parker
April 12, 2023
Page 2

  The parties have scheduled the depositions of Kaiser corporate representatives Del Miller, Evan Quinley, Dustin Garrels, and Neal West on the following dates in or around Nashville, Tennessee:

| Witness | Date |
|---|---|
| Del Miller | July 10 |
| Evan Quinley | July 11 |
| Dustin Garrels | July 12 |
| Neal West | July 13 |

  US Mag has also advised Kaiser that US Mag intends to take the depositions of at least Kaiser corporate representative Rick Siegel as well as individuals John Donnan and Nick Badgett on a second trip to Nashville to be scheduled. US Mag reserves changing the witnesses it seeks to depose after conducting the first tranche of Kaiser depositions scheduled for the week of July 10, and any ruling by the Court on US Mag's pending partial motion to dismiss concerning damages issues.

Respectfully submitted,

| | |
|---|---|
| **MCDERMOTT WILL & EMERY LLP** | **BLANK ROME LLP** |
| /s/ *Andrew B. Kratenstein* | /s/ *Martin S. Krezaleck* |
| Andrew B. Kratenstein | Martin S. Krezaleck |
| Monica S. Asher | 1271 Avenue of the Americas |
| Amella Viso | New York, NY 10020 |
| One Vanderbilt Avenue | (212) 885-5000 |
| New York, New York 10017 | |
| (212) 547-5400 | **BURBIDGE | MITCHELL** |
| | Richard D. Burbidge (admitted *pro hac vice*) |
| *Attorneys for Plaintiff* | 215 South State Street, Suite 920 |
| *Kaiser Aluminum Warrick, LLC* | Salt Lake City, UT 84109 |
| | (801) 355-6677 |
| | |
| | *Attorneys for Defendant* |
| | *US Magnesium, LLC* |