UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

  KAISER ALUMINUM WARRICK, LLC,

                                Plaintiff,              22-CV-3105 (JGK) (KHP)

        -against-

                                                       **ORDER**

U.S MAGNESIUM, LLC.,

                                Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       As discussed in the August 3, 2023 conference, the fact discovery deadline is extended to **September 29, 2023**.

       The deadline for opening expert reports is extended to **November 6, 2023**. Rebuttal reports are due **December 6, 2023**. The deadline for expert discovery is **February 29, 2024**.

       **SO ORDERED.**

DATED:      New York, New York
                  August 4, 2023

                                                                 *Katharine H. Parker*
                                                                 KATHARINE H. PARKER
                                                                 United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2023