```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KAISER ALUMINUM WARRICK, LLC,

                Plaintiff,

     -against-

U.S MAGNESIUM, LLC.,

                Defendant.
-----------------------------------------------------------------X

22-CV-3105 (JGK) (KHP)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for **Tuesday, February 27, 2024 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **February 20, 2024 by 5:00 p.m.**

      SO ORDERED.

DATED:    New York, New York
              October 16, 2023

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge