```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
----------------------------------------------------------------

KAISER ALUMINUM WARRICK, LLC,

              Plaintiff,        22-cv-3105 (JGK)

    - against -              ORDER

US MAGNESIUM LLC,

              Defendant.

----------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **May 6, 2024**, at **2:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           April 30, 2024

                                      John G. Koeltl
                              United States District Judge