```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------

KAISER ALUMINUM WARRICK, LLC,              22-cv-3105 (JGK)

              Plaintiff,                      ORDER

      - against -

US MAGNESIUM, LLC,

              Defendant.

--------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties should file a joint pre-trial order, together with proposed voir dire requests, requests to charge, and motions in limine by **March 14, 2025**. Responses and objections are due by **March 21, 2025**.

    The final pretrial conference is scheduled for **April 16, 2025**, at **4:00 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

    The parties should be ready for trial, with 48 hours' notice, by **April 16, 2025**.

SO ORDERED.

Dated:    New York, New York
            February 12, 2025

                                          _____
                                            John G. Koeltl
                                   United States District Judge