```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

KAISER ALUMINUM WARRICK, LLC,

                Plaintiff,        22-cv-3105 (JGK)

    - against -                ORDER

US MAGNESIUM LLC,

                Defendant.

-----------------------------------------

JOHN G. KOELTL, District Judge:

    The defendant's motion to seal, see ECF No. 135, is **granted**. The Clerk is directed to seal ECF No. 136 and to close ECF No. 135.

SO ORDERED.

Dated:    New York, New York
          February 12, 2025

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                               United States District Judge