```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

KAISER ALUMINUM WARRICK, LLC

                Plaintiff,          22-cv-3105 (JGK)

      - against -               ORDER

US MAGNESIUM LLC,

                Defendant.

------------------------------------------------------

JOHN G. KOELTL, District Judge:

    On March 10, 2025, this Court granted Blank Rome LLP's motion to withdraw as counsel for the defendant, US Magnesium LLC ("US Mag"). ECF No. 179. Fogler, O'Neil & Gray, LLP has now appeared in this action as counsel for US Mag. ECF No. 183.

    The parties should file a joint pre-trial order, together with proposed voir dire requests, requests to charge, and motions in limine by **May 12, 2025**. Responses and objections are due by **May 26, 2025**.

    The final pretrial conference is scheduled for **Wednesday, July 9, 2025** at **11:30 a.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007. The parties should be ready for trial, with 48 hours' notice, by **July 15, 2025**.

SO ORDERED.

Dated:    New York, New York
           April 14, 2025

                                                /s/ John G. Koeltl
                                               John G. Koeltl
                                          United States District Judge