**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**KAISER ALUMINUM WARRICK, LLC,**
                              **Plaintiff,**                    **22-cv-3105 (JGK)**

          **- against -**                                      **ORDER**

**US MAGNESIUM LLC,**
                    **Defendant.**

---

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for a final pretrial

conference on **July 9, 2025**, at **4:30 p.m.** in Courtroom 14A, 500

Pearl Street, New York, New York 10007. Trial is scheduled for

**July 21, 2025**, at **9:00 a.m.** in in Courtroom 14A, 500 Pearl

Street, New York, New York 10007.


**SO ORDERED.**
**Dated:    New York, New York**
          **June 26, 2025**

                                        _John G. Koeltl_
                                **John G. Koeltl**
                        **United States District Judge**