UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAISER ALUMINUM WARRICK, LLC,<br>             Plaintiff,<br><br>-against-<br><br>US MAGNESIUM, LLC,<br>             Defendant. | Case No. 1:22-cv-3105-JGK-KHP |

## JUDGMENT

    It is, ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of the Plaintiff Kaiser Aluminum Warrick, LLC in the amount of $67,738,143.36, which represents $54,983,670.00 in cover damages plus $12,754,473.36 prejudgment interest at 9% per annum pursuant to N.Y. C.P.L.R. §§ 5001(a), 5004 and calculated from January 1, 2023 through July 30, 2025.

Dated:  New York, New York
       July __, 2025

TAMMI M. HELLWIG
Clerk of the Court

By: _____
     Deputy Clerk