**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAISER ALUMINUM WARRICK, LLC,<br>    Plaintiff,<br><br>-against-<br><br>US MAGNESIUM, LLC,<br>    Defendant. | Case No. 1:22-cv-3105-JGK-KHP |

**[PROPOSED] JUDGMENT**

It is ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of the Plaintiff Kaiser Aluminum Warrick, LLC in the amount of $_____, which represents $54,983,670.00 in cover damages plus $_____ in prejudgment interest at 9% per annum pursuant to N.Y. C.P.L.R. §§ 5001(a), 5004 and calculated from January 1, 2023 through _____ ___, 2025.

New York, New York

Dated: _____ __, 2025

    _____
         John G. Koeltl
         United States District Judge