UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAISER ALUMINUM WARRICK, LLC,

                Plaintiff,        22-cv-3105 (JGK)

     - against -                ORDER

US MAGNESIUM LLC,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    Kaiser may reply to U.S. Magnesium's Objection by **August 12, 2025.**

SO ORDERED.
Dated:    New York, New York
           August 5, 2025

                                        John G. Koeltl
                                  **United States District Judge**