UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAISER ALUMINUM WARRICK, LLC,
         Plaintiff,

-against-

US MAGNESIUM, LLC,
         Defendant.

Case No. 1:22-cv-3105-JGK-KHP

## [PROPOSED] JUDGMENT

It is ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of the Plaintiff Kaiser Aluminum Warrick, LLC in the amount of $ 67,863,406.40, which represents $54,983,670.00 in cover damages plus $ 12,879,736.40 in prejudgment interest at 9% per annum pursuant to N.Y. C.P.L.R. §§ 5001(a), 5004 and calculated from January 1, 2023 through August 8, 2025

New York, New York
Dated: 8/8, 2025

_____
John G. Koeltl
United States District Judge